**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | | |
|---|---|---|
| East Kentucky Power Cooperative, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22-CV-00063-GVT |
| | ) | |
| Kentucky Public Service Commission; | ) | |
| Kent A. Chandler, Chairman; and | ) | |
| Mary Pat Regan, Commissioner, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AGREED ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT</u>

By agreement of the parties based upon good cause for allowing East Kentucky Power Cooperative, Inc. ("Plaintiff") to file a Second Amended Petition for Declaratory Order and Injunctive Relief to add as a Defendant an additional Commissioner of the Kentucky Public Service Commission, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedures, Plaintiff is granted leave to file a Second Amended Petition for Declaratory Order and Injunctive Relief on or before August 18, 2023.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Petition (Doc. # 15) is denied as moot.

HAVE SEEN AND AGREED TO THIS 18TH DAY OF AUGUST, 2023:

*/s/ Medrith Lee Norman*                          */s/ John E.B. Pinney (with permission)*

Medrith Lee Norman                         John E.B. Pinney
Frost Brown Todd LLC                      Justin M. McNeil
Lexington Financial Center                Kentucky Public Service Commission
250 West Main Street, Suite 2800      211 Sower Blvd
Lexington, KY 40507-1749              P.O. Box 615
Tel.: 859-244-3209                          Frankfort, Kentucky 40601
Fax: 859-231-0011                          Jeb.pinney@ky.gov
Email: mnorman@fbtlaw.com            Justin.mcneil@ky.gov

Daniel E. Frank                                 *Counsel for Defendants*
Eversheds Sutherland (US) LLP
700 Sixth St., N.W., Suite 700
Washington, DC 20001-3980
Tel.: 202-383-0838
Fax: 202-637-3593
Email: DanielFrank@eversheds-sutherland.com
(Admitted Pro Hac Vice)

*Counsel for Plaintiff*

ENTERED THIS _____DAY OF AUGUST, 2023.

_____
Gregory F. Van Tatenhove
United States District Judge