**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

*ELECTRONICALLY FILED*

| | |
|---|---|
| East Kentucky Power Cooperative, Inc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-CV-00063-GVFT |
| ) | |
| Kentucky Public Service Commission, ) | |
| ) | |
|    Defendant. ) | |

## JOINT STATUS REPORT

In accordance with the Court's order of January 14, 2025, Plaintiff East Kentucky Power Cooperative, Inc. and Defendant Kentucky Public Service Commission (the "Parties") file this joint status report and state that they have recently reached an agreement regarding the disposition of this action and will be submitting an agreed order dismissing the case for the Court's approval in the near future.

                        Respectfully submitted,

                        */s/ Medrith Lee Norman*
                        Medrith Lee Norman
                        Frost Brown Todd LLP
                        Lexington Financial Center
                        250 West Main Street, Suite 2800
                        Lexington, KY 40507-1749
                        Tel.: 859-244-3209
                        Fax: 859-231-0011
                        Email: mnorman@fbtlaw.com

        Daniel E. Frank
Eversheds Sutherland (US) LLP
700 Sixth St., N.W., Suite 700
Washington, DC 20001-3980
Tel.: 202-383-0838
Fax: 202-637-3593
Email: DanielFrank@eversheds-sutherland.com
(Motion for Admission Pro Hac Vice to be filed)

*Counsel for East Kentucky Power Cooperative, Inc.*


*/s/John E.B. Pinney (with permission)*
John E.B. Pinney
Justin M. McNeil
Kentucky Public Service Commission
211 Sower Blvd.
P.O. Box 615
Frankfort, KY 40601
Jeb.pinney@ky.gov
Justin.mcneil@ky.gov

*Counsel for Kentucky Public Service Commission*

Dated: February 3, 2025

2