**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

*ELECTRONICALLY FILED*

| | |
|---|---|
| East Kentucky Power Cooperative, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-CV-00063-GVFT |
| ) | |
| Kentucky Public Service Commission, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The parties having reached an agreement dismissing this case and all claims contained in it without prejudice, it IS HEREBY ORDERED that this case and all claims asserted herein are DISMISSED WITHOUT PREJUDICE, with each party to bear its respective costs.

Agreed to and respectfully submitted by:

| | |
|---|---|
| */s/ Medrith Lee Norman* | */s/John E.B. Pinney (with permission)* |
| Medrith Lee Norman | John E.B. Pinney |
| Frost Brown Todd LLP | Kentucky Public Service Commission |
| Lexington Financial Center | 211 Sower Blvd. |
| 250 West Main Street, Suite 2800 | P.O. Box 615 |
| Lexington, KY 40507-1749 | Frankfort, KY 40601 |
| Tel.: 859-244-3209 | Tel.: 502-782-2587 |
| Email: mnorman@fbtlaw.com | Jeb.pinney@ky.gov |
| | |
| ***Attorney for Plaintiff East Kentucky Power Cooperative, Inc.*** | ***Attorney for Defendant Kentucky Public Service Commission*** |

Dated: March 5, 2025